IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KIRK LOSEY,
    Petitioner,

vs.                                  Case No. 3:08cv121/RV/EMT

WALTER A. McNEIL,
    Respondent.
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 29, 2008 (Doc. 14). The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

      Having considered the report and recommendation, and the timely filed objection thereto (Doc. 15), I have determined that the report and recommendation should be adopted. The magistrate judge recognized that tolling of the federal limitations period requires a "properly filed" application. The state court made an "unambiguous finding" that petitioner's state post-conviction motion was untimely. It considered the newly discovered evidence and manifest injustice exceptions, and found that they failed. Thus, there was no tolling.

      Accordingly, it is now **ORDERED** as follows:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2. Respondent's motion to dismiss (Doc. 9) is **GRANTED**.

      3. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** with prejudice as untimely.

      **DONE AND ORDERED** this 21st day of October, 2008.

                                      /s/ _Roger Vinson_
                                      **ROGER VINSON**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**